UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
SEP - 1 2026 5:15 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OHIO-COLUMBUS

IN RE: ANTHONY CHARLES DARTHARD, LITIGATION. :

Case No. 2:26-mc-29
Chief Judge Sarah D. Morrison

**ENTRY BARRING ANTHONY CHARLES DARTHARD FROM UNITED STATES DISTRICT COURT BUILDING LOCATED AT 85 MARCONI BOULEVARD, COLUMBUS, OHIO; DIRECTIVE TO THE UNITED STATES MARSHALS SERVICE, FEDERAL PROTECTIVE OFFICERS, AND COURT SECURITY OFFICERS; ALTERNATIVE MEANS OF ACCESS TO FEDERAL COURT SUGGESTED**

In the past few weeks, Anthony Charles Darthard has repeatedly engaged in insubordinate and threatening behavior directed at security staff and other personnel at the Joseph P. Kinneary U.S. Courthouse.

All courthouse visitors are required to pass through a security checkpoint for screening of their persons and effects. The Local Rules further mandate that visitors turn off their personal electronic devices (e.g., cell phones, smart watches, etc.) and secure them in locked pouches provided by security staff. *See* S.D. Ohio Civ. R. 83.2(b)–(d). These procedures are meant to, among other things, prevent visitors from using their devices to take photographs or make audio or visual recordings while in the courthouse without authorization. *See* S.D. Ohio Civ. R. 83.2(a).

On August 11, 2026, Mr. Darthard entered the courthouse to file a civil lawsuit. Like other visitors, he was asked to place his cell phone in a locked pouch,

but he refused. He soon became disruptive, forcing security staff and the U.S. Marshals Service to escort him from the building.

On August 27, 2026, Mr. Darthard tried to enter the courthouse again, but this time, he attempted to record his visit using his cell phone. Because such recording is prohibited, security staff instructed him to stop. He refused, and he quickly became agitated and displayed aggressive behavior. The Marshals Service escorted him out of the courthouse and told him that he was not permitted to return unless he followed courthouse protocol and the Court's rules.

But this warning did not deter Mr. Darthard. He returned to the courthouse for a second time later that day and started using his phone to record his surroundings. He claimed that he needed to file paperwork, but he refused to produce the paperwork when court personnel asked him to do so. Nor did he respond to the inquiries by court personnel and the Marshals Service as to his purpose for coming to the courthouse. Instead, he continued to film and began acting in an irrational and threatening manner. The Marshals Service instructed him to leave the building multiple times before he finally did, though he lurked outside of the courthouse for some amount of time thereafter.

Due to Mr. Darthard's defiant and menacing behavior directed toward the Court and its staff, the Marshals Service has grave concerns about the safety of the judicial officers of this seat of the Southern District of Ohio, as well as other Court personnel and officials. Those who have interacted with Mr. Darthard have noted

that his conduct has become increasingly noncompliant and disruptive with each visit to the courthouse.

**WHEREFORE,** the Court hereby **BARS** Anthony Charles Darthard from entering or attempting to enter the Joseph P. Kinneary U.S. Courthouse without the prior written permission of the Chief Judge. Should he attempt to enter the premises without said written permission, he is to be immediately **DETAINED** and **ARRESTED** by those with the authority to do so and **PROSECUTED** for criminal trespass. Considering that his conduct has caused him to be barred from the courthouse in which the Clerk of Court's office is located, should he wish to file any documents with this Court, he must access the Court via mail through the United States Postal Service or another mail carrier.

This Entry **SHALL** remain in full force and effect until specifically countermanded by the Chief Judge.

It is further **ORDERED** that the U.S. Marshals Service personally serve this Entry on Anthony Charles Darthard expeditiously.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**